**STATE of Missouri, Respondent,**

v.

**Daisy LIVINGSTON, Appellant.**

**No. 49953.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Jan. 21, 1986.

Motion for Rehearing and/or Transfer
Denied Feb. 25, 1986.

Application to Transfer Denied
April 15, 1986.

James S. McKay, Public Defender, St. Louis, for appellant.

John M. Morris, Asst. Atty. Gen., Carrie Diane Francke, Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for robbery, second degree, in violation of § 569.030, RSMo 1978.

Judgment affirmed.   Rule 30.25(b).